## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LYON FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No:   3:10-CV-00565-JPG-DGW |
| | ) | |
| EDWARD RADETIC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE VOGLER LAW FIRM, P.C., VINCENT D. VOGLER, and ANTHONY K. REINER, | ) | |
| | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CRAIG & CRAIG | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MCKEOWN, FITZGERALD, ZOLLNER, BUCK, HUTCHINSON, & RUTTLE | ) | |
| | ) | |
| Third Party Defendants. | ) | |

## **ORDER**

This matter comes before the Court on the Motions to Dismiss of the Plaintiff, Lyon Financial Services (Doc. 106), and Third Party Plaintiffs, the Vogler Law Firm, P.C. (Doc. 107). The Court was informed the parties were negotiating a settlement on February 1, 2012 and entered a 60-Day Order on February 2, 2012 (Doc. 102) to allow the parties to complete their settlement negotiations. The plaintiffs' present motions indicate the matter has indeed settled and the parties move for the case to be dismissed with prejudice. The Court, finding the matter has

settled, **GRANTS** the motions to dismiss with prejudice (Docs. 106, 107). The Court **DIRECTS** the Clerk of the Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: April 4, 2012**

s./ J. Phil Gilbert<br>
**J. PHIL GILBERT**<br>
**DISTRICT JUDGE**