**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EDWARD RADETIC, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> THE VOGLER LAW FIRM, P.C., ) <br> VINCENT D. VOGLER, and ANTHONY K. ) <br> REINER, ) <br> ) <br> Defendants/Third Party ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CRAIG & CRAIG ) <br> ) <br> and ) <br> ) <br> MCKEOWN, FITZGERALD, ZOLLNER, BUCK, ) <br> HUTCHINSON, & RUTTLE ) <br> ) <br> Third Party Defendants. ) | Case No: 3:10-CV-00565-JPG-DGW |

**JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED: April 4, 2012

NANCY ROSENSTENGEL, CLERK

By:s/Deborah Agans, Deputy Clerk

Approved: s./ J. Phil Gilbert
J. Phil Gilbert
District Judge